UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

~~CITATION~~ / CASE NO. **5:05-mj-101 TAG**

**Judgment and ORDER TO PAY**

Matthew S. Meagher by Atty Dawn Reichman

~~SOCIAL SECURITY #~~
~~DATE OF BIRTH:~~
~~DRIVER'S LICENSE #~~
~~ADDRESS:~~ Kern County
~~City~~   ~~State~~   ~~Zip Code~~

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 2/9/06    _____ DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

~~CITATION~~ / CASE NO: **5:05-mj-101 TAG**   FINE **350.00**   ASGMT. **25.00**
~~CITATION~~ / CASE NO: _____   FINE _____   ASGMT. _____

(✓) FINE TOTAL of $ **350.00** and a penalty assessment of $ **25.00** within **30** (days)/~~months~~ or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) TRAFFIC SCHOOL BY: _____ with proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU
P.O. BOX 740026
Atlanta, GA 30374-0026
1-800-827-2982

CLERK, USDC
501 "I" St. #4200
Sacramento, CA 95814

CLERK, USDC **2500 Tulare St.**
~~1130 O Street, Rm 5000~~
Fresno, CA 93721

Your check or money order must indicate **your name** and ~~citation~~/**case number** shown above to ensure your account is credited for payment received.

DATE: 2/9/2006    for: U.S. MAGISTRATE JUDGE

Clerk's Office                                    EDCA - 03 Rev 8/97